IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **TANCI ISSA BALZAN, #42495-177,** | § | |
| | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:13-CV-00174-L-BK** |
| | § | |
| **UNITED STATES OF AMERICA**, | § | |
| | § | |
| Respondent. | § | |

# ORDER

Before the court is Tanci Issa Balzan's ("Balzan" or "Petitioner") Petition for Writ of Habeas Corpus, filed on January 7, 2013, pursuant to 28 U.S.C. § 2241. The case was referred to Magistrate Judge Renee Harris Toliver, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on February 7, 2013, recommending that the habeas petition be denied and the action summarily dismissed with prejudice as frivolous. The magistrate judge also warned Petitioner that sanctions may be imposed if he persists in filing frivolous or duplicative habeas actions. No objections to the Report were filed.

Having reviewed the pleadings, file, and record in this case, and the findings and conclusions of the magistrate judge, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. The court therefore **denies** Balzan's Petition for Writ of Habeas Corpus and **dismisses** this action **with prejudice**. **Petitioner is further ordered not to file any additional frivolous or duplicative habeas actions. The court will impose sanctions as it deems appropriate if Petitioner violates this order.**

**It is so ordered** this 3rd day of April, 2013.

                                                  Sam A. Lindsay
                                            United States District Judge

**Order – Page 2**